UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

EXHIBIT B – CASES TO BE PARTIALLY DISMISSED AS TO SPECIFIC DEFENDANTS

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 1. | Allen, Shane et al v. Knauf Plasterboard Tianjin Co., Ltd. et al | 09-04112 | Banner Supply Co. |
| | | | Black Bear Gypsum Supply, Inc. |
| | | | Independent Builders Supply Association, Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| 2. | Amerson, Amy et al v. Knauf Gips KG et al | 09-04275 | Independent Builders Supply Association, Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |

1

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 3. | Ancira, Chris et al v. Knauf Gips KG et al | 09-03156 | Independent Builders Supply Association, Inc. |
|  |  |  | Knauf Gips KG |
|  |  |  | Knauf Plasterboard Tianjin Co., Ltd. |
| 4. | Ankney, Duane v. Knauf Gips KG et al | 09-04113 | Banner Supply Co. |
|  |  |  | Black Bear Gypsum Supply, Inc. |
|  |  |  | Independent Builders Supply Association, Inc |
|  |  |  | Knauf Gips KG |
|  |  |  | Knauf Plasterboard (Dongguan) Co. Ltd. |
|  |  |  | Knauf Plasterboard (Tianjin) Co., Ltd. |
|  |  |  | Knauf Plasterboard (Wuhu) Co. Ltd. |
| 5. | Ashford, Otis et al v. Knauf Gips KG et al | 09-07042 | Great Southern Builders, L.L.C. |
|  |  |  | Independent Builders Supply Association, Inc. |
|  |  |  | Interior Exterior Building Supply LP |
|  |  |  | Knauf Gips KG |
|  |  |  | Knauf Plasterboard Tianjin Co., Ltd. |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 6. | Belfour, Ed et al v. Knauf Gips KG et al | 09-06532 | Banner Supply Co. |
|   |   |   | Knauf Gips KG |
|   |   |   | Knauf Plasterboard (Dongguan) Co. Ltd. |
|   |   |   | Knauf Plasterboard Tianjin Co., Ltd. |
|   |   |   | Knauf Plasterboard (Wuhu) Co. Ltd. |
| 7. | Berthaut, Colin v. Knauf Gips KG et al | 09-03840 | Independent Builders Supply Association, Inc. |
|   |   |   | Knauf Gips KG |
|   |   |   | Knauf Plasterboard Tianjin Co., Ltd. |
| 8. | Brumfield, Ollie & Adrianne v. Knauf Gips KG et al | 09-03535 | Independent Builders Supply Association, Inc. |
|   |   |   | Knauf Gips KG |
|   |   |   | Knauf Plasterboard Tianjin Co., Ltd. |
| 9. | Carey, Vernon et al. v. Knauf Gips KG, et al. | 09-06534 | Banner Supply Co. |
|   |   |   | Knauf Gips KG |
|   |   |   | Knauf Plasterboard Dongguan Co., Ltd. |
|   |   |   | Knauf Plasterboard Tianjin Co., Ltd. |
|   |   |   | Knauf Plasterboard Wuhu Co., Ltd. |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 10. | Colby, Richard, Susan and Jordan v. Knauf Gips KG et al | 09-07550 | Farmers Insurance Exchange a/k/a Farmers Insurance Group<br>Knauf Gips KG<br>Knauf Plasterboard Tianjin Co., Ltd. |
| 11. | Davy, Christopher et al. v. Knauf Gips KG, et al. | 09-06533 | Banner Supply Co.<br>Knauf Gips KG<br>Knauf Plasterboard Dongguan Co., Ltd.<br>Knauf Plasterboard Tianjin Co., Ltd.<br>Knauf Plasterboard Wuhu Co., Ltd. |
| 12. | De Gamboa, Hernan and Ana Teixeira; Wasch, Jeffrey; and Nelson, Dick and Nancy v. Knauf Gips KG, et al. | 09-04659 | Banner Supply Co.<br>Knauf Gips KG<br>Knauf Plasterboard Dongguan Co., Ltd.<br>Knauf Plasterboard Tianjin Co., Ltd.<br>Knauf Plasterboard Wuhu Co., Ltd. |
| 13. | Difilippo, Steven et al. v. Knauf Gips KG, et al. | 09-06547 | Banner Supply Co.<br>Knauf Gips KG<br>Knauf Plasterboard Dongguan Co., Ltd.<br>Knauf Plasterboard Tianjin Co., Ltd.<br>Knauf Plasterboard Wuhu Co., Ltd. |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 14. | Fontana, Kelly v. Interior Exterior Building Supply, et al. | 09-04356 | Interior Exterior Building Supply LP |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |
| 15. | Foret, Kimber and Ryan Foret v. Knauf Gips KG, et al | 10-01553 | Independent Builders Supply Association, Inc. |
| | | | Interior Exterior Building Supply LP |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Lee Roy Jenkins |
| 16. | Foster, Katherine v. Northstar Holdings, Inc. et al | 09-04320 | All Interior Supply, Inc. |
| | | | Banner Supply Co. |
| | | | Black Bear Gypsum Supply, Inc. |
| | | | I.B.S.A., Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard (Dongguan) Co. Ltd. |
| | | | Knauf Plasterboard (Tianjin) Co., Ltd. |
| | | | Knauf Plasterboard (Wuhu) Co., Ltd. |
| | | | Northstar Holdings, Inc. |
| | | | Northstar Homes, Inc. |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 17. | Fulks, Richard et al. v. Knauf Gips KG, et al. | 09-06737 | Banner Supply Co. |
| | | | Black Bear Gypsum Supply, Inc. |
| | | | IBSA, Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |
| 18. | Garcia, Lorena and Garcia, Angela; Barrozo, Hector and Maria Ines Pinar de Barrozo v. Lennar Corporation et al | 09-04118 | Banner Supply Co. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co. Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |
| | | | Lennar Corporation |
| | | | Lennar Homes, LLC |
| 19. | Goldstein, Cindy v. Knauf Gips KG et al | 09-05869 | Banner Supply Co. |
| | | | I.B.S.A., Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 20. | Gonzalez, Ronald et al v. Knauf Gips KG et al | 10-04337 | Banner Supply Co. |
| | | | Banner Supply Company Fort Myers, LLC |
| | | | Banner Supply Company Pompano, LLC |
| | | | Banner Supply Company Port St. Lucie, LLC |
| | | | Banner Supply Company Tampa, LLC |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| 21. | Haindel, Mary Virginia et al v. Knauf Gips KG et al | 09-03157 | Independent Builders Supply Association, Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| 22. | Hakenjos, Candace wife of/and Todd Hakenjos v. Tallow Creek, L.L.C., et al | 10-02579 | Interior Exterior Building Supply LP |
| | | | Interior Exterior Enterprises, L.L.C. |
| | | | Southern Homes, LLC |
| | | | Tallow Creek, LLC |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 23. | Hobbie, Wendy et al v. RCR Holdings II, LLC et al | 10-01113 | Banner Supply Co. |
|  |  |  | Banner Supply Company Fort Myers, LLC |
|  |  |  | Banner Supply Company Pompano, LLC |
|  |  |  | Banner Supply Company Port St. Lucie, LLC |
|  |  |  | Banner Supply Company Tampa, LLC |
|  |  |  | Coastal Condominiums of Palm Beach Inc. |
|  |  |  | Coastal Construction of South Florida, Inc. |
|  |  |  | Precision Drywall, Inc. |
|  |  |  | RCR Holdings II, LLC |
| 24. | Hubbell, Wendy and Christy Cimo v. Tallow Creek, L.L.C., et al | 10-02064 | Interior Exterior Building Supply LP |
|  |  |  | Interior Exterior Enterprises, LLC |
|  |  |  | Southern Homes, LLC |
|  |  |  | Tallow Creek, LLC |
| 25. | Ledet, Darryl & Trisha v. Knauf Gips KG et al | 09-04323 | Interior Exterior Building Supply |
|  |  |  | Knauf Gips KG |
|  |  |  | Knauf Plasterboard Tianjin Co., Ltd. |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 26. | Metzl, Justin v. Knauf Gips KG et al | 09-06538 | Banner Supply Co. |
| | | | Black Bear Gypsum Supply, Inc. |
| | | | I.B.S.A., Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |
| 27. | Mitchell Company, Inc. v. Knauf Gips KG et al. | 09-04115 | Interior Exterior Building Supply LP |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Rightway Drywall, Inc. |
| 28. | Mitchell, Kelsey & James v. Knauf Gips KG et al | 09-03192 | Interior Exterior Building Supply |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Laporte Family Properties LLC |

9

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 29. | Olschewski, Krysztof, et al. v. Centerline Homes, Inc., et al. | 09-06751 | Banner Supply Co. |
| | | | Centerline Homes, Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |
| 30. | Parr, Shelly wife of/and Kelly Parr v. Tallow Creek, L.L.C., et al | 10-02737 | Interior Exterior Building Supply LP |
| | | | Interior Exterior Enterprises, L.L.C. |
| | | | Southern Homes, LLC |
| | | | Tallow Creek, LLC |
| 31. | Pierson, Neil & Jan v. Knauf Gips KG et al | 09-06658 | Home One Homes, Inc. |
| | | | Interior Exterior Building Supply, L.P |
| | | | Interior Exterior Enterprises, L.L.C. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 32. | Plaza, Ana Maria v. Knauf Gips KG et al | 09-05871 | Banner Supply Co |
| | | | Black Bear Gypsum Supply, Inc. |
| | | | I.B.S.A., Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |
| 33. | Rayfield, Sylvia et al v. Knauf Gips KG et al | 09-04293 | Banner Supply Co. |
| | | | Building Materials Wholesale, Inc. |
| | | | Gulfeagle Supply |
| | | | Independent Builders Supply Association, Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| 34. | Riesz, Lawrence et al v. Knauf Plasterboard Tianjin Co., Ltd. et al | 09-04116 | Knauf Gips KG |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | WCI Communities, Inc. |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 35. | Roberts, Jeffery v. Knauf Gips KG et al | 09-06082 | Independent Builders Supply Association, Inc. <br> Knauf Gips KG <br> Knauf Plasterboard Tianjin Co., Ltd. |
| 36. | Royal, Bryson et al. v. Beazer Homes Corp., et al. | 09-04657 | Banner Supply Co. <br> Beazer Homes Corp. |
| 37. | Silva, Stephen et al. v. Interior Exterior Building Supply, LP | 09-08030 | Interior Exterior Building Supply LP |
| 38. | Staub, Marc & Dana et al v. Knauf Gips KG et al | 09-04100 | Independent Builders Supply Association, Inc. <br> Knauf Gips KG <br> Knauf Plasterboard Tianjin Co., Ltd. |
| 39. | Stayton, Laurie v. Knauf Gips KG et al | 09-03193 | Independent Builders Supply Association, Inc. <br> Knauf Gips KG <br> Knauf Plasterboard Tianjin Co., Ltd. |
| 40. | Steiner, Stephanie et al. v. Beijing New Building Material, PLC et al. | 09-06545 | Banner Supply Co. <br> I.B.S.A., Inc. |

| No. | CASE NAME | USDC EDLA NO. | DEFENDANTS TO BE DISMISSED |
|---|---|---|---|
| 41. | Usaga, Johana et al v. Knauf Gips KG et al | 11-00336 | Banner Supply Co. |
| | | | Black Bear Gypsum Supply, Inc. |
| | | | IBSA, Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |
| 42. | Victores, Didio; Victores, Monica; Gesele, Michael; Gesele, Jessica; Restrepo, Jorge; and Restrepo, Jennifer v. Lennar Homes, LLC, et al. | 09-05872 | Banner Supply Co. |
| | | | Black Bear Gypsum Supply, Inc. |
| | | | I.B.S.A., Inc. |
| | | | Knauf Gips KG |
| | | | Knauf Plasterboard Dongguan Co., Ltd. |
| | | | Knauf Plasterboard Tianjin Co., Ltd. |
| | | | Knauf Plasterboard Wuhu Co., Ltd. |
| | | | Lennar Corporation |
| | | | Lennar Homes, LLC |